550

358 A.2d 87

Fritz et ux., Appellants, v. Walker et ux.

Argued April 12, 1976. A. G. Helbling, with him Edward A. Mihalik, for appellants; E. Earl Autenreith, with him, Gretchen, Sohn, Reed, Panner, Holland and Autenreith for appellees.

Order and judgment affirmed.

358 A.2d 97

Galia et ux., Appellants, v. Union Railroad Company.

Argued April 15, 1976. James R. Duffy, for appellants; Gerald C. Paris, with him Reed, Smith, Shaw & McClay, for appellee.

Order affirmed.